[No. 1712-3.   Division Three.   October 22, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL MAX
MEIER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 3728, Felix Rea, J., entered October 10, 1975.
*Affirmed* by unpublished opinion per Green, J., concurred
in by McInturff, C.J., and Munson, J.

[No. 1596-3.   Division Three.   October 22, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ADAM
CARLYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 20204, Donald N. Olson, J., entered May
29, 1975. *Affirmed* by unpublished opinion per Faris, J. Pro
Tem., concurred in by McInturff, C.J., and Green, J.

[No. 4245-1.   Division One.   October 25, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE HUGH
LOWERY, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 8910, Harry A. Follman, J., entered Octo-
ber 7, 1975. *Affirmed* by unpublished opinion per James, J.,
concurred in by Williams C.J., and Andersen, J.

[No. 4700-1.   Division One.   October 25, 1976.]

*In the Matter of the Welfare of* RACHAEL ANN
CHRISTENSEN.

Certiorari to review a judgment of the Superior Court
for King County, No. J-77432, David W. Soukup, J., entered
April 26, 1976. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Williams, C.J., and Farris, J.

[No. 3931-1.   Division One.   October 25, 1976.]

TERRANCE L. LIVINGSTON, *Appellant*, v. KING COUNTY FIRE
DISTRICT No. 44, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King